UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-21535-CV-MARTINEZ-OTAZO-REYES

BERNARD PIERRE,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    **THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for a Report and Recommendation ("R&R") on the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. Section 2254 filed by Bernard Pierre (DE 6). Magistrate Judge Otazo-Reyes filed an R&R concluding that Petitioner's claims of ineffective assistance of counsel do not meet the standards for federal habeas relief and recommending that Petition be denied. (DE 23). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

    **ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 23) is **AFFIRMED** and **ADOPTED**. The Petition is **DENIED**. The Clerk is directed to mark this case **CLOSED**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE